# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02018-AP

**DIANE J. MCLEOD**

    Plaintiff,

v.

**MICHAEL J. ASTRUE**, Commissioner of Social Security

    Defendant

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff | For Defendant |
|---|---|
| Luke A. Brennan, Esq. #28557 | David M. Gaouette |
| Griff, Larson, Laiche, Brennan & Wright | United States Attorney |
| 422 White Ave., Ste. 323 | Kevin Traskos |
| Grand Junction, Colorado 81501 | Deputy Chief, Civil Division |
| Telephone: (970) 245-8021 | United States Attorney's Office |
| FAX: (970) 245-0590 | District of Colorado |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO 80202 |
| | Telephone: 303-454-0100 |
| | E-Mail: Kevin.traskos@usdoj.gov |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel, Region VIII |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: 303-844-0815 |
| | E-Mail: Stephanie.Kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint was Filed:  May 6, 2009

    B.  Date Complaint was Served on U.S. Attorney's Office: August 28, 2009

    C.  Date Answer and Administrative Record were Filed: November 2, 2009

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The administrative record appears complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises unusual claims.

**7. OTHER MATTERS**

There are none.

**8.  BRIEFING SCHEDULE**

    **Plaintiff's Opening Brief Due: January 8, 2010**

    **Defendant's Response Brief Due: February 8, 2010**

    **Plaintiff's Reply Brief Due: February 22, 2010**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Neither party requests oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A. ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B. (x)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.LCivR 7.1(c) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED:  November 10, 2009

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

**APPROVED:**

                                                                UNITED STATES ATTORNEY

s/ Luke A. Brennan                        David M. Gaouette  
Luke A. Brennan                         United States Attorney  
422 White Avenue, Suite 323  
Grand Junction, Colorado 81501     Kevin Traskos  
Telephone: (970) 245-8021          Deputy Chief, Civil Division  
E-mail: luke@gllblaw.com           United States Attorney's Office  
                                             District of Colorado  

Attorney for Plaintiff

                                              s/Stephanie Lynn F. Kiley  
                                              Stephanie Lynn F. Kiley  
                                              Special Assistant United States Attorney  
                                              Assistant Regional Counsel, Region VIII  
                                              Social Security Administration  
                                              1961 Stout Street, Suite 1001A  
                                              Denver, CO 80294  
                                              Telephone: 303-844-0815  
                                              E-Mail: Stephanie.Kiley@ssa.gov  

                                              Attorneys for Defendant