IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-2018-AP**

**DIANNE J. McLEOD,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On January 28, 2010, this court issued an Order to Show Cause requiring Plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute. No such showing has been made. It is, therefore

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 16th day of February, 2010.

       BY THE COURT:

       *s/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT